# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

156913(137)

RUTH JARRETT-COOPER, a/k/a RUTH
JARRETT, a/k/a RUTH COOPER, and
EXCLUSIVE EVENTS & ACCOMODATIONS,
LLC,
       Plaintiffs-Appellants/
       Cross-Appellees,

and

BRYON TRICE, DELICIA JACKSON, URBAN
PLAYS, and ANGELA BARROW,
       Plaintiffs,

v

UNITED AIRLINES, INC.,
       Defendant-Appellee/
       Cross-Appellant.

SC: 156913
COA: 331383
Oakland CC: 2011-121175-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's July 27, 2018 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2020



Clerk

a1019